UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NAKEESHA PAYNE, | ) |
| Plaintiff, | ) Case No. CV 09-06141 AJW |
| v. | ) **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

November 8, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge